*June 5, 1934.*

BRANNUM LUMBER COMPANY, Plaintiff and Respondent, vs. BAUMBLATT and another, Appellants; KRATOCHVIL and others, Defendants and Respondents; LAPPIN ELECTRIC COMPANY, Impleaded Defendant and Respondent.

For the appellants: *Wilbershide & Baumblatt* of Racine.

For the respondents: *Beck, Smith & Heft, Foley & Brach,* and *Simmons, Walker, Wratten & Sporer,* all of Racine.

*By the Court.*—Judgment affirmed.

BOCKIN, Respondent, vs. LINTNER and others, Appellants.

For the appellants: *Bouck, Hilton, Kluwin & Dempsey* of Oshkosh.

For the respondent: *Barber, Keefe, Patri & Horwitz,* attorneys, and *W. Mead Stillman* of counsel, all of Oshkosh.

*By the Court.*—Judgment affirmed.

BOUCHETTE, Respondent, vs. BUTZIN and others, Appellants.

For the appellants: *Reed & Reed* of Ripon.

For the respondent: *Barber, Keefe, Patri & Horwitz,* attorneys, and *W. Mead Stillman* of counsel, all of Oshkosh.

*By the Court.*—Judgment affirmed.